### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:**    **ANDREW E. GAY** <br> **Debtor** | **CHAPTER 11** <br> **CASE NO. 20-00806-NPO** |

### FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF NECESSARY EXPENSES
### FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

COMES NOW the Law Offices of Craig M. Geno, PLLC ("Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), counsel for the Debtor, and in support thereof, would show as follows:

1. On March 4, 2020, the Debtor herein filed with this Court his Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition").

2. On April 2, 2020, an Order approving the employment of the Law Offices of Craig M. Geno, PLLC, as attorneys for the Debtor was entered by the Court **[DK #40]**.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5.  This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from February 12, 2020, to and including July 2, 2020, and is for the sum of $24,733.48 ($22,760.25 in fees and $1,973.23 in expenses), less a $10,000 retainer.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtors to pay said attorneys' fees and expenses. Applicant prays for such further relief, both general and special, as allowable under the circumstances.

This, the _____ day of July, 2020.

Respectfully submitted,

ANDREW E. GAY

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By:_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Gay, Andrew E\Fee Apps\Application.wpd

-2-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

THIS the 7th day of July, 2020.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ANDREW E. GAY                                               CHAPTER 11
                Debtor                                                    CASE NO. 20-00806-NPO

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    **ANDREW E. GAY** | **CHAPTER 11** |
| Debtor | **CASE NO. 20-00806-NPO** |

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF HINDS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of July, 2020.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2021

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ANDREW E. GAY                              CHAPTER 11
           Debtor                               CASE NO. 20-00806-NPO

# EXHIBIT "B"

# *Law Offices of Craig M. Geno, PLLC*
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048        Fax:601-427-0050

Andrew Gay
P.O. Box 734
Forest, MS-Mississippi
39074 USA

July 6, 2020

**Attention:**

File #:  320007
Inv #:   347361

**RE:**    Chapter 11

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-12-20 | Conference with client regarding Chapter 11 issues and background | 2.00 | 850.00 | CMG |
|  | Assist CMG setting up file, drafting New Client Data Sheet, IDI, Petition | 0.50 | 92.50 | KLC |
| Feb-20-20 | Telephone conference with Mr. Gay regarding Asset Sales post petition | 0.20 | 85.00 | CMG |
|  | Meeting with Eddie Gay re Schedules, SOFA, IDI | 1.20 | 222.00 | KLC |
| Feb-26-20 | Assist CMG drafting Matrix, Schedules, SOFA, Statement of Current Monthly Income | 1.50 | 277.50 | KLC |
| Feb-27-20 | Assist CMG drafting and revising Matrix, Schedules, SOFA | 3.40 | 629.00 | KLC |
| Mar-02-20 | Review default notice and request to file Chapter 11 | 0.20 | 85.00 | CMG |
| Mar-03-20 | Conference with Katie Carter regarding income calculation, account designations | 0.25 | 106.25 | CMG |
|  | Assist CMG drafting and revising Schedules, SOFA, Matrix, Statement of Current Monthly Income, List of 20 Largest Unsecured Creditors | 1.50 | 277.50 | KLC |

Invoice #:    347361                    Page    2                                    July 6, 2020

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-04-20 | Review and revision of schedules, SOFA and petition; conference with KAtie Carter regarding same | 1.20 | 510.00 | CMG |
|  | Dictation of Rule 2016 (b) statement | 0.10 | 42.50 | CMG |
|  | Dictation of Application to Employ; Notice regarding Application to Employ; Certificate of Service regarding Application to Employ; Order regarding Application to Employ; review and revision of Application to Employ and related papers | 1.00 | 425.00 | CMG |
|  | Dictation of Sale Motion; review sale contract | 1.35 | 573.75 | CMG |
|  | Assist CMG revising Schedules, SOFA | 0.30 | 55.50 | KLC |
|  | Assist CMG drafting IDI documents | 0.50 | 92.50 | KLC |
| Mar-05-20 | Review memos to/from Phil Reiland regarding IDI date and issues | 0.20 | 85.00 | CMG |
|  | Telephone conference with Mr. Guy regarding IDI issues, values on IDI, land sale disclosures, DIP account steps, insurance income | 0.25 | 106.25 | CMG |
|  | Conference with Katie Carter regarding IDI completion and insurance coverage proof | 0.20 | 85.00 | CMG |
|  | Receipt and review of Order re Taxes; calendar deadline to open tax account and notify UST | 0.10 | 18.50 | KLC |
|  | Receipt and review of Notice of Deficiency; calendar deadline to file Attorney Disclosure Statement | 0.10 | 18.50 | KLC |
|  | Assist CMG drafting and revising Motion to Sell Scott County Land, Notice, Certificate of Service and Order re same | 0.90 | 166.50 | KLC |
|  | Assist CMG drafting Attorney Disclosure Statement, Application to Employ, Notice, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| Mar-06-20 | Finalize land sale papers; review and revision of all | 0.65 | 276.25 | CMG |
|  | Review memos to/from P. Reiland, client, Katie Carter regarding IDI matters | 0.20 | 85.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review memos to/from Katie Carter, Eddie Gay regarding IDI materials | 0.10 | 42.50 | CMG |
| | Receipt and review of letter from UST scheduling IDI; calendar IDI date and deadline to submit IDI documents | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Application to Employ CMG and Motion to Sell Scott County Land | 0.50 | 92.50 | KLC |
| | Assist CMG drafting letter to Eddie Gay re IDI, MOC | 0.10 | 18.50 | KLC |
| | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines | 0.15 | 27.75 | KLC |
| Mar-09-20 | Review memos to/from Mr. Gay regarding sue of "old" checking account | 0.20 | 85.00 | CMG |
| | Review memos to/from Mr. Gay; IRS regarding Notice of case filing to IRS | 0.25 | 106.25 | CMG |
| Mar-13-20 | Review IRS Proof of Claim | 0.25 | 106.25 | CMG |
| Mar-16-20 | Review Hearing Notice regarding Sale Motion | 0.25 | 106.25 | CMG |
| Mar-17-20 | Review memo from client regarding Automatice Stay violations by Onward | 0.20 | 85.00 | CMG |
| | Dictation of letter to Onward regarding Automatic Stay violations | 0.20 | 85.00 | CMG |
| | Review IDI materials | 1.00 | 425.00 | CMG |
| | Review memos to/from client, Charles Corona/Forward Line regarding Disclosure Statement | 0.25 | 106.25 | CMG |
| | Assist CMG drafting letter to ForwardLine re Collection Activity | 0.20 | 37.00 | KLC |
| | Assist CMG in drafting letter to Eddie Gay re UST's Objection to Debtor's Motion for Authority to Sell Real Property; draft email to Eddie Gay re same | 0.15 | 27.75 | SLP |
| Mar-18-20 | Review memos to/from Chris Steiskal, client, Katie Carter regarding 341 logistics | 0.20 | 85.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review U.S. Trustee objection to sale | 0.55 | 233.75 | CMG |
|  | Dictation of letter to client regarding U.S. Trustee objection to sale and proof needed | 0.25 | 106.25 | CMG |
|  | Review memos to/from Client regarding proof needed for sale hearing | 0.20 | 85.00 | CMG |
|  | Receipt and review of hearing notice re Motion to Sell Scott County Land; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Mar-19-20 | Review memos to/from Mr. Gay regarding time/date of sale hearing, IDI documents | 0.15 | 63.75 | CMG |
| Mar-20-20 | Review memo from U.S. Trustee regarding IDI deficiencies | 0.20 | 85.00 | CMG |
|  | Review memo from Ron McAlpin regarding 341 logistics | 0.20 | 85.00 | CMG |
|  | Update/preparation of document management control (subfiles and pleadings) | 0.75 | 138.75 | SLP |
| Mar-21-20 | Review memo from Mr. Gay regarding insurance info | 0.10 | 42.50 | CMG |
| Mar-23-20 | Dictation of letter to U.S. Trustee regarding voided check | 0.20 | 85.00 | CMG |
| Mar-24-20 | Review memos to/from Mr. Gay regarding hearing on land sale | 0.25 | 106.25 | CMG |
|  | Review memos to/from client regarding evidence/testimony regarding land sale | 0.25 | 106.25 | CMG |
| Mar-25-20 | Review Community Bank Notice | 0.10 | 42.50 | CMG |
| Mar-26-20 | Review Community Bank objection | 0.20 | 85.00 | CMG |
| Mar-27-20 | Review memos to/from Jeff Rawlings regarding value of land, credit bid offer | 0.25 | 106.25 | CMG |
|  | Review Proof of Claim from Forward Line | 0.30 | 127.50 | CMG |
| Mar-30-20 | Telephone conference with Ron McAlpin regarding 341 | 0.20 | 85.00 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Receipt and review of hearing notice re Motion to Sell Scott County Land; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Apr-01-20 | Review memos to/from Mr. Gay regarding logistics of 341 meeting | 0.30 | 127.50 | CMG |
| | Review memos to/from Mr. Gay regarding logistics of creditor's meeting | 0.15 | 63.75 | CMG |
| | Review FC Marketplace Notice | 0.20 | 85.00 | CMG |
| Apr-02-20 | Attended 341 meeting | 1.50 | 637.50 | CMG |
| | Review U.S. Trustee memo regarding 341 | 0.20 | 85.00 | CMG |
| | Review Bank of America Proof of Claim | 0.25 | 106.25 | CMG |
| | Review Hearing Notice regarding Community Bank Motion | 0.20 | 85.00 | CMG |
| | Dictation of letter to client regarding Motion of Community Bank; settlement parameters | 0.20 | 85.00 | CMG |
| | Review Community Bank Certificate of Service | 0.10 | 42.50 | CMG |
| | Receipt and review of Order Resetting Hearing on Motion to Sell Scott County Land; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of hearing notice re Community Bank's Motion to Abandon Collateral; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Minutes from MOC; calendar deadline to cure deficiencies | 0.10 | 18.50 | KLC |
| Apr-03-20 | Review Proof of Claim from Bank of America | 0.35 | 148.75 | CMG |
| | Review Notice of reset hearing | 0.20 | 85.00 | CMG |
| | Review U.S. Trustee 341 proceeding memo | 0.20 | 85.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-04-20 | Review letter from client regarding land sale and evidence to support it | 0.20 | 85.00 | CMG |
| Apr-05-20 | Brief review Community Bank Motion to Lift | 0.25 | 106.25 | CMG |
| | Dictation of letter to client regarding Community Bank Motion to Lift | 0.20 | 85.00 | CMG |
| | Assist CMG drafting letter to Eddie Gay sending Community Bank Motion to Abandon & NOH re same | 0.20 | 37.00 | KLC |
| Apr-06-20 | Review Amex Proofs of Claim | 0.35 | 148.75 | CMG |
| | Telephone conference with Mr. Gay regarding land sale, hearing logistics, Plan provisions for Community Bank | 0.20 | 85.00 | CMG |
| | Review letter from Chris Steiskal; review Scheduling Order; dictation of letter to Chris Steiskal regarding Scheduling Order | 0.50 | 212.50 | CMG |
| Apr-07-20 | Review value of car memo | 0.10 | 42.50 | CMG |
| Apr-08-20 | Assist CMG drafting Answer, Objection to Community Bank's Motion to Abandon Collateral | 0.40 | 74.00 | KLC |
| Apr-09-20 | Review Community Bank Motion and exhibits | 0.85 | 361.25 | CMG |
| | Dictation of Answer to Community Bank Motion | 0.55 | 233.75 | CMG |
| | Review Chase Proof of Claim | 0.20 | 85.00 | CMG |
| | Review Helena Proof of Claim | 0.30 | 127.50 | CMG |
| Apr-10-20 | Review memos to/from client regarding case status | 0.20 | 85.00 | CMG |
| | Assist CMG correcting Meeting of Creditors deficiencies; drafting Amended Petition, Affidavit as to Non-Compliance with Small Business Documents, Amended SOFA, Form B-26 Periodic Report and Amended Schedule C | 0.90 | 166.50 | KLC |
| Apr-11-20 | Review amended petition, affidavit regarding | 0.30 | 127.50 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | small business issues, amended schedules and revised exemptions | | | |
| Apr-13-20 | Review memo from Jeff Rawlings regarding Sale Motion | 0.10 | 42.50 | CMG |
| | Review memo from client; review corporate dissolution papers | 0.25 | 106.25 | CMG |
| | Review memo from Mr. Gay regarding effective date of dissolution | 0.20 | 85.00 | CMG |
| | Review FC Marketplace Proof of Claim | 0.45 | 191.25 | CMG |
| | Review Capitol One Proof of Claim | 0.20 | 85.00 | CMG |
| | Review memo from Mr. Gay regarding approving amendments | 0.05 | 21.25 | CMG |
| Apr-14-20 | Review Amex Proofs of Claim (3) | 0.30 | 127.50 | CMG |
| | Review FC Funding Proof of Claim | 0.25 | 106.25 | CMG |
| Apr-16-20 | Review and revision of petition, Matrix and Notice to Creditors | 0.25 | 106.25 | CMG |
| | Review memos to/from Candace Ramage regarding status of Sale Motion | 0.20 | 85.00 | CMG |
| | Review file and court docket re: 4/20/20 hearing on Motion to Sell Scott County Land; prepare hearing folder for same | 0.40 | 74.00 | KLC |
| | Review file and court docket re: 4/20/20 hearing on Community Bank's Motion to Abandon Collateral; prepare hearing folder for same | 0.15 | 27.75 | KLC |
| | Organize and supervise mailout of Notice of Amendment to Schedule C | 0.35 | 64.75 | KLC |
| Apr-17-20 | Review memos to/from Jeff Rawlings regarding settling C.B. Motion and objection | 0.20 | 85.00 | CMG |
| | Review taxes and returns; conference with Katie Carter regarding taxes and returns to U.S. Trustee | 0.55 | 233.75 | CMG |
| Apr-19-20 | Review memos to/from Jeff Rawlings regarding withdrawal of objection to sale | 0.15 | 63.75 | CMG |

|            |                                                                                       |      |        |     |
|------------|---------------------------------------------------------------------------------------|------|--------|-----|
|            | Update/preparation of document management control (subfiles and pleadings)            | 0.60 | 111.00 | SLP |
| Apr-20-20  | Review memos to/from Mr. Gay regarding sale hearing                                   | 0.10 | 42.50  | CMG |
|            | Review file and appraisals, hearing prep                                              | 0.45 | 191.25 | CMG |
|            | Hearing on Sale Motion                                                                | 0.30 | 127.50 | CMG |
|            | Review tax returns                                                                    | 0.65 | 276.25 | CMG |
|            | Review memo regarding tax returns to U.S. Trustee                                     | 0.01 | 4.25   | CMG |
|            | Review memo from Chris Steiskal regarding sale information request                    | 0.15 | 63.75  | CMG |
|            | Review file and reset notice                                                          | 0.20 | 85.00  | CMG |
|            | Review memos to/from A. Glaab regarding prepetition debt collection                   | 0.20 | 85.00  | CMG |
|            | Assist CMG drafting letter to Chris Steiskal re Appraisals                            | 0.10 | 18.50  | KLC |
| Apr-21-20  | Telephone conference with Mr. Gay regarding sale of property and interview            | 0.25 | 106.25 | CMG |
|            | Review memos to/from Mr. Gay, A. Glabb regarding Kabbage loan collection activity     | 0.20 | 85.00  | CMG |
| Apr-23-20  | Review tax maps; comparable Sale Order                                                | 0.25 | 106.25 | CMG |
|            | Conference call with client, Mr. Steiskal regarding U.S. Trustee land sale issues     | 0.35 | 148.75 | CMG |
|            | Dictation of Sale Order                                                               | 1.00 | 425.00 | CMG |
|            | Assist CMG drafting Agreed Order on Motion to Sell Scott County Land                  | 0.30 | 55.50  | KLC |
|            | Assist CMG drafting letter to Chris Steiskal re Draft Agreed Order on Motion to Sell Scott County Land | 0.10 | 18.50  | KLC |

| Invoice #: | 347361 | Page | 9 | | July 6, 2020 |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-24-20 | Review memos to/from Jeff Rawlings, Chris Steiskal regarding Sale Order | 0.15 | 63.75 | CMG |
| | Receipt and review of Order Resetting Hearing re Motion to Sell Scott County Land; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| May-05-20 | Review Community Bank order and memo from Jeff Rawlings | 0.75 | 318.75 | CMG |
| May-07-20 | Telephone conference with Mr. Gay regarding post petition funds | 0.10 | 42.50 | CMG |
| | Review draft C.B. Order | 0.40 | 170.00 | CMG |
| May-08-20 | Review Bank of America Proof of Claim | 0.20 | 85.00 | CMG |
| | Review Wells Fargo Proof of Claim | 0.30 | 127.50 | CMG |
| May-11-20 | Review MDOR Proof of Claim | 0.20 | 85.00 | CMG |
| | Dictation of letter to client regarding MDOR Proof of Claim | 0.01 | 4.25 | CMG |
| May-12-20 | Review memos to/from Mr. Gay regarding state income taxes | 0.10 | 42.50 | CMG |
| May-15-20 | Telephone conference with Mr. Gay regarding house note terms | 0.20 | 85.00 | CMG |
| May-16-20 | Dictation of memo to Jeff Rawlings regarding debt restructure | 0.20 | 85.00 | CMG |
| May-18-20 | Review memos to/from Jeff Rawlings, Mr. Gay regarding bank debt restructuring | 0.35 | 148.75 | CMG |
| May-20-20 | Review memos to/from Mr. Gay regarding land sale; conference with bank regarding restructuring | 0.20 | 85.00 | CMG |
| May-23-20 | Review CB update on land sale/loan closing | 0.20 | 85.00 | CMG |
| Jun-02-20 | Review Settlement Statement; review memo from client regarding same; dictation of Report of Sale; review and revision of same | 0.35 | 148.75 | CMG |
| | Assist CMG drafting Report of Sale of Scott County Land | 0.40 | 74.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-03-20 | Review letter from Jeff Rawlings regarding reset of motion | 0.10 | 42.50 | CMG |
| | Review hearing notice | 0.20 | 85.00 | CMG |
| | Review memos to/from client regarding Community Bank interest payment | 0.15 | 63.75 | CMG |
| Jun-04-20 | Receipt and review of Notice of Telephonic Status Conference re Community Bank's Motion to Abandon; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Assist CMG in drafting letter to Eddie Gay Re Community Bank; draft e-mail to Eddie Gay re same | 0.15 | 27.75 | SLP |
| Jun-07-20 | Review Notice of Status Conference | 0.20 | 85.00 | CMG |
| | Review USBank Proof of Claim | 0.20 | 85.00 | CMG |
| Jun-08-20 | Review memos to/from Jeff Rawlings regarding status of Agreement, issues for Status Conference | 0.20 | 85.00 | CMG |
| | Review memos to/from Mr. Gay, Jeff Rawlings regarding notice provisions of order; review and revision of Agreed Order | 0.40 | 170.00 | CMG |
| Jun-09-20 | Review file; telephonic hearing regarding Community Bank Motion | 0.25 | 106.25 | CMG |
| | Review memos to/from client regarding car payment | 0.10 | 42.50 | CMG |
| | Review draft Community Bank Order and memos to/from client/Jeff Rawlings | 0.70 | 297.50 | CMG |
| | Telephonic Hearing on Community Bank, MTLS | 0.10 | 42.50 | CMG |
| | Continued review and revision of Community Bank Order and memos to/from Jeff Rawlings regarding same | 0.40 | 170.00 | CMG |
| Jun-11-20 | Receipt and review of Agreed Order on Community Bank's Motion to Abandon Collateral; calendar deadline to start payments | 0.10 | 18.50 | KLC |
| Jun-14-20 | Review memos to/from Mr. Gay regarding | 0.30 | 127.50 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Plan status, creditor payments, IRS payments, start date, estimated IRS tax payments, interest and Community Bank | | | |
| Jun-15-20 | Review Forward Fin. Proof of Claim | 0.30 | 127.50 | CMG |
| Jun-22-20 | Review Order; dictation of letter to client regarding Community Bank order compliance | 0.10 | 42.50 | CMG |
| | Review Synchrony Bank Proof of Claim | 0.25 | 106.25 | CMG |
| | Assist CMG drafting letter to Eddie Gay re Agreed Order on Community Bank's Motion to Abandon | 0.10 | 18.50 | KLC |
| Jun-29-20 | Review memo from Mr. Gay; review C. B. regarding worked note and cesurity instruments | 0.55 | 233.75 | CMG |
| Jun-30-20 | Review file; review schedules and prior orders | 1.00 | 425.00 | CMG |
| | Dictation of first draft of Disclosure Statement | 1.85 | 786.25 | CMG |
| | Dictation of first draft of Plan | 1.45 | 616.25 | CMG |
| Jul-01-20 | Review Monthly Operating Reports for all months | 1.20 | 510.00 | CMG |
| | Review file; review and revision of itemizations | 0.75 | 318.75 | CMG |
| | Dictation of Application for Compensation | 0.75 | 318.75 | CMG |
| | Assist CMG drafting Disclosure Statement and Plan | 0.50 | 92.50 | KLC |
| Jul-02-20 | Finalize Disclosure Statement and Plan | 0.75 | 318.75 | CMG |
| | Assist CMG revising Disclosure Statement and Plan | 1.15 | 212.75 | KLC |
| | Totals | 64.17 | $22,760.25 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Feb-20-20 | Long distance | 3.13 |
| Mar-06-20 | Photocopies 217 pages @ .25/page | 54.25 |

| | | | |
|---|---|---|---|
| Invoice #: | 347361 | Page   12 | July 6, 2020 |

| | | |
|---|---|---:|
| | Postage Mailout 9 @ 1.40 | 12.60 |
| Mar-20-20 | COURTS/USBC-MS-S | 1,717.00 |
| | COURTS/USBC-MS-S | 181.00 |
| Mar-23-20 | Postage to U.S. Trustee | 0.50 |
| Apr-16-20 | Photocopies 15 pages @ .25/page | 3.75 |
| | Postage Mailout 2 @ .50 | 1.00 |

|  |  |
|---|---:|
| Totals | $1,973.23 |
| **Total Fee & Disbursements** | $24,733.48 |
| **Balance Now Due** | $24,733.48 |

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$425.00** | **45.37** | **$19,282.25** |
| **Kathryn L. Carter** | **$185.00** | **17.15** | **$3,172.75** |
| **Sherry Lynn Purvis** | **$185.00** | **1.65** | **$305.25** |

TAX ID Number     45-4013160