# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       ANDREW E. GAY                                                          CHAPTER 11
             Debtor                                                        CASE NO. 20-00806-NPO

### NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, the Law Offices of Craig M. Geno, PLLC has filed its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), February 12, 2020, to and including July 2, 2020, and is for the sum of $24,733.48 ($22,760.25 in fees and $1,973.23 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court or copies may be obtained by written request to Craig M. Geno, attorney for the Debtors, upon payment of copying and mailing expenses. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Jackson Division, 501 E. Court Street, Jackson, MS 39201, and a copy served upon Craig M. Geno of the Law Offices of Craig M. Geno, PLLC, the attorneys for the Debtors, at 587 Highland Colony Parkway, Ridgeland, MS 39157, the Court will consider the Application ex parte.

THIS the ____ day of July, 2020.

                                                          Respectfully submitted,

                                                          LAW OFFICES OF CRAIG M. GENO, PLLC

                                                          By: _____
                                                                  Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Gay, Andrew E\Fee Apps\Notice.wpd