# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **ANDREW E. GAY**                                   **CHAPTER 11**
               **Debtor**                                             **CASE NO. 20-00806-NPO**

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Notice of First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (a copy of which is attached hereto as Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the ____ day of July, 2020.

                                                      /s/ Craig M. Geno
                                                      Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Gay, Andrew E\Fee Apps\CMG\1st\Certificate.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ANDREW E. GAY                                        CHAPTER 11
           Debtor                                               CASE NO. 20-00806-NPO

## NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, the Law Offices of Craig M. Geno, PLLC has filed its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), February 12, 2020, to and including July 2, 2020, and is for the sum of $24,733.48 ($22,760.25 in fees and $1,973.23 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court or copies may be obtained by written request to Craig M. Geno, attorney for the Debtors, upon payment of copying and mailing expenses. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Jackson Division, 501 E. Court Street, Jackson, MS 39201, and a copy served upon Craig M. Geno of the Law Offices of Craig M. Geno, PLLC, the attorneys for the Debtors, at 587 Highland Colony Parkway, Ridgeland, MS 39157, the Court will consider the Application ex parte.

THIS the 7th day of July, 2020.

                                               Respectfully submitted,

                                               LAW OFFICES OF CRAIG M. GENO, PLLC

                                               By: /s/ Craig M. Geno
                                                   Craig M. Geno



**EXHIBIT "A"**

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Gay, Andrew E\Fee Apps\Notice.wpd

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 20-00806-NPO<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Jul  6 13:42:07 CDT 2020 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>FL9-600-02-26<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | CapitalOne<br>Spark Business<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi<br>P.O. Box 6062<br>Sioux Falls, SD 57117 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Community Bank of Mississippi<br>323 East Third Street<br>Forest, MS 39074-4219 | Department of the Treasury -<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 |
| First National Bank of Omaha<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | Forward Line Financial, LLC<br>21700 Oxnard Street, Suite 1450<br>Woodland Hills, CA 91367-7581 | Forwardline Financial LLC<br>A California Limited Liability Company<br>Collection At Law, Inc.<br>3835 E. Thousand Oaks Blvd.<br>Westlake Village, CA 91362-3637 |
| Funding Circle Marketplace LLC<br>P.O. Box 398438<br>San Francisco, CA 94139-8438 | Andrew E. Gay<br>5227 Kaywood Drive<br>Jackson, MS 39211-4526 | Gay & Co. CPA Firm, PA<br>5227 Kaywood Drive<br>Jackson, MS 39211-4526 |
| Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jeff Rawlings, Esq.<br>for Community Bank of Mississippi<br>PO Box 1789<br>Madison, MS 39130-1789 | LendingClub Corporation<br>595 Market Street<br>Suite 200<br>San Francisco, CA 94105-2807 |
| LoanBuilder<br>c/o Swift Financial, LLC<br>Attn: Bankruptcy Notice<br>3505 Silverside Road<br>Wilmington, DE 19810-4905 | MS State Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225-3338 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |

EXHIBIT "B"

| | | |
|---|---|---|
| PayPal Credit<br>c/o Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | Jeff D. Rawlings<br>Rawlings & MacInnis, P.A.<br>P.O. Box 1789<br>Madison, MS 39130-1789 | Christopher J. Steiskal Sr.<br>United States Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Wells Fargo<br>P.O. Box 5511<br>Sioux Falls, SD 57117-5511 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix AZ 85038-9482 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Chase Slate<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Community Bank<br>P.O. Box 6335<br>Fargo, ND 58125-6335 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)U.S. Bank National Association<br>dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)COMMUNITY BANK OF MISSISSIPPI | (d)FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    2<br>Total                  40 |