___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2020**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ANDREW E. GAY | CHAPTER 11 |
| | Debtor | CASE NO. 20-00806-NPO |

### ORDER GRANTING FIRST APPLICATION FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
### NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

THIS CAUSE having come on for consideration of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* **[DK #75]** (the "Application") filed herein by counsel for Andrew E. Gay (the "Debtor"), and the Court being fully advised in the premises, hereby finds as follows, to-wit:

1. Notice of the Application was adequate and appropriate under the circumstances. There were no objections to the Application.

2. On March 4, 2020, the Debtor herein filed with this Court his Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition").

3. On April 2, 2020, an Order approving the employment of the Law Offices of Craig M. Geno, PLLC, as attorneys for the Debtor was entered by the Court **[DK #40]**.

4. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred by said attorneys was attached to the Application as Exhibit "A", and is incorporated herein

by reference. The Affidavit also certified and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services had actually been rendered. A detailed itemization of such services and expenses was attached to the Application and is incorporated by reference.

5. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of Debtor in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

6. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from February 12, 2020, to and including July 2, 2020, and is for the sum of $24,733.48 ($22,760.25 in fees and $1,973.23 in expenses), less a $10,000 retainer.

7. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses it has incurred on behalf of the Debtor pursuant to the provisions of 11 U.S.C. Section 330. Therefore, the Application should be approved and granted.

IT IS ACCORDINGLY, ORDERED:

A. The Law Offices of Craig M. Geno, PLLC is hereby allowed compensation and reimbursement of expenses in the sum of $24,733.48 ($22,760.25 in fees and $1,973.23 in expenses), less the $10,000 retainer for a net award of $14,733.48.

B. The sum approved and allowed by this Court as compensation and reimbursement

for expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and the Debtor is authorized and directed to immediately pay the approved fees and expenses .

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Gay, Andrew E\Fee Apps\CMG\1st\Order.wpd